1 | McGREGOR W. SCOTT
  | United States Attorney
2 | KIMBERLY A. SANCHEZ
  | Assistant U.S. Attorney
3 | 4401 Federal Building
  | 2500 Tulare Street
4 | Fresno, California 93721
  | Telephone: (559) 497-4000





**FILED**

JUN 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR.NO. 1:07CR00156 LJO
                                 )
           Plaintiff,            )   EX PARTE MOTION TO SEAL
                                 )   INDICTMENT PURSUANT
     v.                          )   TO RULE 6(e), FEDERAL
                                 )   FEDERAL RULES OF
                                 )   CRIMINAL PROCEDURE
MARCUS MAJOR, et al.             )
                                 )
           Defendants.           )   **SEALED**
_____  )

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 14, 2007, charging the above defendants with a violation of Title 18, United States Code, Section 1951 - Conspiracy to Interfere With Commerce by Robbery, and other violations be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

issuance and execution of the warrants.

DATED: June 14, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

ORDERED as prayed this 14 day of June 2007

_____
U.S. Magistrate Judge