IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00156 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STAYING MAGISTRATE'S ORDER |
| | ) | RELEASING DEFENDANTS ON BOND |
| PORCHA NEAL, et al. | ) | PENDING HEARING ON THE |
| | ) | GOVERNMENT'S MOTION FOR |
| Defendant. | ) | REVOCATION HEARING, AND ORDER |
| | ) | SETTING HEARING |
| | ) | |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for Monday, March 24, 2008 at 8:00 a.m.

IT IS SO ORDERED.

Dated:   March 19, 2008                          /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1