IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 07-0156 LJO |
| Plaintiff, | **ORDER TO SET EVIDENTIARY HEARING** |
| vs. | Date: April 25, 2008 |
| PORCHA NEAL, | Time: 1:30 p.m. |
| | Dept.: 4 (LJO) |
| Defendant. | |
| / | |

This Court SETS a hearing for April 25, 2008 at 1:30 p.m. in Department 4 (LJO) on defendant Porcha Neal's ("defendant's") request for an order for a root canal. At the hearing, defendant's counsel should be ready to provide evidence and law to address:

1. Whether this Court has authority and jurisdiction to order the County of Fresno to provide specific medical or dental attention, and if this Court has such authority, whether proper NOTICE needs to be given to County Counsel;

2. If the matter survives JURISDICTION and DUE PROCESS:

    A. Why defendant did not obtain the dental treatment during the period from when it was recommended to her by her dentist to the date she came into custody, a span of approximately 5 months;

    B. The dental weighing and balancing of benefits and risks of extraction vs. root canal work; and

    C. Reasons that the County jail refuses the dental care specifically requested,

including whether medical personnel at the jail are aware of H. Chang, D.D.S.' medical opinion that a new x-ray and reevaluation occur immediately (see his recent handwritten portion of his declaration filed by defendant's counsel).

If defendant's counsel is unable to provide this information, or his legal or factual work precludes this Court from acting (either because the law prevents it, OR the factual information is not readily available), counsel shall notify the Court so that the evidentiary hearing can be vacated.

IT IS SO ORDERED.

**Dated:   April 16, 2008**               **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE