IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NO. CR-F-07-0156 LJO |
|         Plaintiff, | |
| vs. | |
| Marcus Major (and Others) | |
|         Defendants. | |

THE COURT HAS RECEIVED AND REVIEWED THE DECLARATION OF DANIEL L. HARRALSON, COUNSEL FOR DEFENDANT MARCUS MAJOR. THE COURT ORDERED THAT IT BE FILED UNDER SEAL, SINCE IT INCLUDES ATTORNEY-CLIENT PRIVILEGES, AS WELL AS ATTORNEY WORK PRODUCT.

THE DECLARATION PROVIDES GOOD CAUSE FOR THE TRIAL DATE OF SEPTEMBER 8, 2008 TO BE CONTINUED. THEREFORE, IT IS HEREBY ORDERED:

1. The trial date is vacated;

2. The motions in limine hearing of August 15, 2008 at 8:15 a.m. is hereby now a status hearing/Trial Setting Conference for ALL DEFENDANTS.

It is further noted that by finding good cause for a trial continuance, the is Court is NOT making any finding of need or reasonableness for expenditures outlined in the declaration of Daniel L. Harralson in support of the motion, and that Counsel is cautioned to obtain permission for payment for any such items before embarking on such discovery.

    IT IS SO ORDERED.

**Dated:   August 8, 2008**               **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE