McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA  93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:07-cr-00156 LJO |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) EXTENSION OF TIME |
| v. | ) FOR GOVERNMENT TO FILE RESPONSE |
| | ) TO DEFENDANT'S MOTION TO |
| MARCUS MAJOR, et al. | ) SUPPRESS AND DISMISS |
| | ) |
| Defendants. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Roger Litman, Dale Blickenstaff, Daniel Harrelson, Eric Kersten and Gary Huss, attorney for defendants, that the due date of January 2, 2009 for the government's response to defendants' motions in limine be extended to January 13, 2009. The hearing on said motions is scheduled for January 16, 2009, and there is no request to move that hearing date.

Undersigned counsel has had numerous other filing deadlines and work obligations that have precluded her from completing responses to the defendants' motions, including preparing for more than one trial, working with the Office of Foreign Affairs and authorities in Belgium to obtain permission to communicate with and get a witness to the United States to testify, preparing

1  an extensive motion in limine response for a different case,
2  working on response to various other defense motions in other
3  cases that had deadlines near the one in the instant matter, as
4  well as attending to other daily responsibilities.  Undersigned
5  counsel has a response to a motion to dismiss on Second Amendment
6  grounds and a motion to suppress evidence due in another matter
7  on January 6, 2009 and a response to another motion to suppress
8  due on January 12, 2009.  Thus, undersigned counsel has had
9  insufficient time to prepare responses to the defendant's
10 motions, and respectfully requests this Honorable Court to allow
11 until January 13, 2009 for responses to be filed.  Counsel for
12 all parties have discussed the matter and defendants' attorneys
13 have no objection to the request.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  Thus, the government respectfully requests this Honorable Court to issue an order granting an extension of time to file the government's response to defendants' motions in limine to January 13, 2009.

Dated: January 2, 2009                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                     By   /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: January 2, 2009                     /s/ Roger Litman
                                          ROGER LITMAN
                                          Attorney for Victor Murray

Dated: January 2, 2009                    /s/Dale Blickenstaff
                                          DALE BLICKENSTAFF
                                          Attorney for Jordan Huff

Dated: January 2, 2009                    /s/Daniel Harrelson
                                          DANIEL HARRELSON
                                          Attorney for Marcus Major

Dated: January 2, 2009                    /s/Eric Kersten
                                          ERIC KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Keith Rose

Dated: January 2, 2009                    /s/Gary Huss
                                          GARY HUSS
                                          Attorney for Porcha Neal

   IT IS SO ORDERED.

**Dated:   January 5, 2009**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE