```
                                               FILED
                                             NOV 18 2009
                                         CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY _____
                                                 DEPUTY CLERK
```

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07CR00156 LJO |
| Plaintiff, | |
| v. | **ORDER TO THE COURT SECURITY UNIT** |
| MARCUS MAJOR, JORDAN HUFF, PORCHA NEAL, | |
| Defendants. | |

The Court HEREBY ORDERS the Court Security Unit of the United States District Court in Fresno, California to escort personally the jurors in the above-entitled matter to their vehicles at the conclusion of the day's proceedings from day to day until the conclusion of this matter. This extends the geographical jurisdiction and responsibility of the court security officers past the courthouse doors to and/and from the parking structures.

DATED: November 18, 2009

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE