UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| | ) | |
| | ) | 1:07-CR-156 LJO |
| vs. | ) | |
| | ) | |
| PORCHA NEAL, | ) | |
| _____ | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

IT IS SO ORDERED.

**Dated:   January 3, 2010**              **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE