Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue
Suite 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916
e-mail: gary@huss4law.com

Attorney for Defendant
PORCHA NEAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number 1:07 CR 00156 LJO |
| Plaintiff, ) | **ORDER TO EXONERATE PROPERTY BOND** |
| v. ) | |
| MARCUS MAJOR, JORDAN HUFF, VICTOR MURRAY, KEITH ROSE, PORCHA NEAL, DAMIEN RIDEAUS, AND DWAYNE PERRY, and Does 1 through , inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the property bond posted in the above-referenced matter on behalf of Defendant, Porcha Neal, be exonerated, and returned to the owner thereof. Deed of Trust from George and Zadie Neal, 2008-0148659.

Dated: January 21, 2010                    /s/ Lawrence J. O'Neill
                                           HONORABLE LAWRENCE J. O'NEILL
                                           UNITED STATES DISTRICT JUDGE

ORDER TO EXONERATE PROPERTY BOND